IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HPROF, LLC,

      Plaintiff,              No. CIV 2:11-cv-1948-GEB-JFM

  vs.

JOHN CLEVELAND, *et al.*,

      Defendants.           <u>ORDER</u>

_____/

        Defendants, proceeding pro se, removed the above-entitled action from the San Joaquin Superior Court on July 25, 2011.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 8, 2011, the magistrate judge filed findings and recommendations herein which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 8, 2011 are adopted in full; and

2. This action is remanded to the San Joaquin County Superior Court.

Dated:  January 12, 2012

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge